UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE VALENCIA, | ) | Case No. 2:21-cv-03284-VBF-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| DANNY SAMUEL, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | [DOCKET NO. 5] |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody Under 28 U.S.C. § 2254 and the supporting memorandum ("Petition"), the parties' submissions in connection with petitioner's Motion for Kelly[1] Stay ("Stay Motion"), and all of the records herein, including the November 8, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation but notes on January 5, 2022 – after the issuance of the Report and Recommendation – the California Court of Appeal,

---

[1] Kelly v. Small, 315 F.3d 1063 (9th Cir.), cert. denied, 538 U.S. 1042 (2003), overruled in part by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007).

Second Appellate District, denied the previously pending petition for writ of habeas corpus filed by petitioner's counsel on petitioner's behalf in such court. <u>See</u> Docket in In re Jose Valencia on Habeas Corpus, Cal. Ct. App. Case. No. B313249. The foregoing update does not alter the analysis in the Report and Recommendation as petitioner has yet to present the claim asserted in Ground Six of the Petition to the California Supreme Court, and it thus remains unexhausted.

IT IS THEREFORE ORDERED:

1. The Stay Motion is granted subject to the below-specified conditions/limitations.

2. Ground Six of the Petition is dismissed without prejudice.

3. The resulting fully exhausted Petition and this action are stayed for petitioner to exhaust <u>only</u> the claim asserted in Ground Six.

4. Petitioner shall file periodic reports detailing the status of the state court proceedings beginning sixty (60) days from the date of this Order and every sixty (60) days thereafter. If petitioner has no new information regarding the status of petitioner's efforts to exhaust his state remedies in a given period because a matter remains pending in state court, petitioner must nonetheless file a status report advising the Court of such fact.

5. Petitioner shall, within thirty (30) days of any state decision granting petitioner habeas relief or, if none, within thirty (30) days of the California Supreme Court's decision relative to a state habeas petition containing the claim asserted in Ground Six, file a notice of such decision and attach as an exhibit thereto, a copy of such decision.

**6. Petitioner is cautioned that:**

  **a) the failure to meet any of the time requirements set out above shall result in an order vacating the stay, *nunc pro tunc*, may preclude consideration of petitioner's unexhausted claim, and may result in dismissal of this action for lack of prosecution or failure to obey this Order; and**

      **b)**    **the granting of the <u>Kelly</u> stay in no way relieves petitioner of the obligation to comply with the one-year statute of limitations under 28 U.S.C. section 2244(d)(1) and nothing in this Order should be construed to suggest that the Court has made any determination as to whether it would ultimately permit petitioner to amend the Petition to re-add Ground Six once it has been exhausted.**

     7.    Noting in this Order precludes respondent from raising procedural or other objections/defenses to the Petition, any amended federal petition or any claims contained therein.

     8.    The Clerk shall administratively close this case during the pendency of the stay and remove this case from the Court's active case load.

     9.    The Clerk shall serve copies of this Order on counsel for petitioner and respondent.

     IT IS SO ORDERED.

DATED: March 30, 2022         /S/ Valerie Baker Fairbank

                                           HONORABLE VALERIE BAKER FAIRBANK
                                           SENIOR UNITED STATES DISTRICT JUDGE