UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALENCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANNY SAMUEL,<br><br>　　　　　Respondent. | Case No. 2:21-cv-03284-VBF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 20] |

The Court has conducted the review required by 28 U.S.C. § 636, including a de novo review of those matters as to which Petitioner has objected, and accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge reflected in the July 11, 2025 Report and Recommendation of United States Magistrate Judge and overrules Petitioner's July 24, 2025 Objections.

IT IS HEREBY ORDERED:

1. Petitioner's Motion to Lift Stay, Reopen Case, and Permit Petitioner to File a First Amended Petition for Writ of Habeas Corpus ("Motion to Amend") is granted to the extent it requests that this action be reopened and the stay lifted and denied to the extent it requests leave to file a First Amended Petition for Writ of Habeas Corpus.

2. This action is reopened and the stay lifted.

3. This matter shall proceed solely on Grounds One through Five of the original Petition for Writ of Habeas Corpus ("Petition").

4. Within thirty (30) days, Respondent shall file a response to Grounds One through Five of the Petition, and, to the extent Respondent has not already done so, shall concurrently lodge with the Court all records bearing on Respondent's contentions therein, including – if the response is an Answer – all records bearing the merits of Petitioner's claims, including the briefs specified in Rule 5(d) of the Rules Governing Section 2254 Cases in the United States District Court.

5. If Respondent files a Motion to Dismiss:

   (a) Petitioner shall have thirty (30) days from the date of service to file and serve any Opposition to the Motion to Dismiss, and to lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the Motion to Dismiss; and

   (b) Respondent shall have fourteen (14) days from the date of service to file and serve any Reply to Petitioner's Opposition to the Motion to Dismiss. If the Motion to Dismiss is denied, the Court will afford Respondent adequate time to answer Petitioner's claims on the merits.

6. If Respondent files an Answer, Petitioner shall have thirty (30) days from the date the Answer is served to file and serve any Reply responding to the matters raised in the Answer. The Reply shall state whether Petitioner admits or denies each allegation of fact raised in

///

the Answer, respond only to facts or arguments raised in the Answer, and raise no new grounds for relief.

IT IS SO ORDERED.

DATED: August 28, 2025        /s/ Valerie Baker Fairbank
                              United States District Judge